IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MYESHE BARNES, Individually, as the Mother of Minor M.O.M. and LENNARD MAJOR, Individually as the Father of Minor M.O.M., <br><br> Plaintiffs, <br><br> v. <br><br> MAXUS PROPERTY SOLUTIONS LLC; WATERFORD EXCHANGE, LLC and KNOX ASSOCIATES, INC., d/b/a, The Knox Company, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION <br> FILE NO. |

## DEFENDANTS' MAXUS PROPERTIES, LLC AND WATERFORD EXCHANGE ACQUISITION, LLC'S CORPORATE DISCLOSURE STATEMENT

COMES NOW DEFENDANTS Maxus Properties, LLC and Waterford Exchange Acquisition, LLC and by and through undersigned counsel and pursuant to F.R.C.P. 7.1 and L.R. 87, file this Corporate Disclosure Statement:

Maxus Properties, LLC ("Maxus") is a Missouri limited liability company and Waterford Exchange Acquisition, LLC ("Waterford") is a Delaware limited liability company. Both Maxus and Waterford are wholly owned by Maxus Operating Limited Partnership ("MOLP"), a Delaware limited partnership.

MOLP is owned by Maxus Realty Trust, Inc., a Missouri corporation, Maxus Realty GP, Inc., a Delaware corporation, and other limited partners who comprise less than 15% ownership.

Defendants show that Maxus is the corporate entity responsible for the operation of the premises in question and Waterford is the corporate entity which owns the premises in question. Maxus and Waterford are proper party-defendants in this case.

Respectfully submitted, this 25th day of November, 2019.

**DREW, ECKL & FARNHAM, LLP**

/s/ Camille D. Dizon
Douglas K. Burrell
Georgia Bar No. 097537
Camille D. Dizon
Georgia Bar No. 953073
*Attorneys for Defendants Maxus and Waterford*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
(404) 876-0992 (fax)
burrelld@deflawcom
dizonc@deflaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MYESHE BARNES, Individually, as the Mother of Minor M.O.M. and LENNARD MAJOR, Individually as the Father of Minor M.O.M., <br><br> Plaintiffs, <br><br> v. <br><br> MAXUS PROPERTY SOLUTIONS LLC; WATERFORD EXCHANGE, LLC and KNOX ASSOCIATES, INC., d/b/a, The Knox Company, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION <br> FILE NO. |

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the within and foregoing ***Defendants' Corporate Disclosure Statement*** on counsel of record by US mail and via the CM/ECF system, addressed to counsel of record as follows:

Robert Daniel
The Law Offices of Robert Daniel LLC
229 Peachtree Street NE, Ste. 1008
Atlanta, GA 30303

Michael A. Crozier
Kelley Law Firm P.C.
201 North Harwood Street
Dallas, TX 75201

This 25th day of November, 2019.

DREW, ECKL & FARNHAM, LLP

/s/ Camille D. Dizon
Douglas K. Burrell
Georgia Bar No. 097537
Camille D. Dizon
Georgia Bar No. 953073
*Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia  30308
(404) 885-1400
(404) 876-0992 (fax)